■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY DeROSA, Appellant. [668 NYS2d 977] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Erie County Court, Drury, J.—At-

tempted Promoting Prison Contraband, 1st Degree.) Present—Pine, J. P., Lawton, Hayes, Balio and Boehm, JJ.